

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Guaranty Bond Bank, Appellant

No. 06-12-00112-CV          v.

Jeff and Erica Fouche, et al., Appellees

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 08C-0323-005). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, it is ordered that the judgment of the trial court below is set aside, and the cause is remanded to the trial court for the purpose of rendering a judgment in accord with the parties' settlement agreement, and the appeal is dismissed.

We further order that each party shall bear its own costs of appeal.

RENDERED JANUARY 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk